## The GREAT ATLANTIC & PACIFIC TEA COMPANY
### v.
### Alice A. DILDINE.
### No. 17557.

United States Court of Appeals
Eighth Circuit.
Feb. 19, 1964.

Douglas Stripp, Kansas City, Mo., for appellant.

Edward L. Simmons, Plattsburg, Mo., for appellee.

### PER CURIAM.

Appeal dismissed on stipulation by parties.  D.C., 215 F.Supp. 790.

## MARINE TOWING COMPANY, Inc., Appellant,
### v.
### FAIRBANKS, MORSE & COMPANY.
### No. 14539.

United States Court of Appeals
Third Circuit.

Argued Jan. 23, 1964.

Decided March 12, 1964.

George E. Beechwood, Philadelphia, Pa. (John V. Lovitt, Beechwood & Lovitt, Philadelphia, Pa., on the brief), for appellant.

Francis Hopkinson, Philadelphia, Pa. (Charles J. Biddle, Duffield Ashmead, III, Drinker, Biddle & Reath, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and FORMAN and GANEY, Circuit Judges.

### PER CURIAM.

We have considered the issues raised by the appellant.  We find no substantial error in the proceedings in the court below.  Accordingly, the judgment will be affirmed.

## Marion BRINK, Petitioner,
### v.
### COMMISSIONER OF INTERNAL REVENUE, Respondent.
### No. 15456.

United States Court of Appeals
Sixth Circuit.
Feb. 13, 1964.

John J. Kelley, Jr., Cincinnati, Ohio, for petitioner.

Karl Schmeidler, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Melva M. Graney, Donald W. Williamson, Jr., Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before MILLER, PHILLIPS and EDWARDS, Circuit Judges.

### ORDER.

This case is before the Court on petition for review of the decision of the Tax Court of the United States.  The decision of the Tax Court, as reported in 39 T.C. 602, is affirmed for the reasons set forth therein.